# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Arnulfo Robert Manning, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:24-cv-04384-MLB-JEM |
| v. ) | |
| ) | |
| Equifax Information Services, LLC ) | |
| and Selene, LP, ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF VOLUNTARY DISMISSAL AS TO SELENE, LP, ONLY**

Plaintiff, Arnulfo Robert Manning, by and through undersigned counsel, hereby dismisses this action against Defendant, Selene, LP, **without prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 13th day of November, 2024.

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324

1

                         */s/ Chris Armor*
                         Christopher N. Armor
                         Georgia Bar No.: 614061
                         P.O. Box 509
                         Londonderry, Vermont 05148
                         Ph. (651) 208-6441
                         Chris.armor@armorlaw.com

                         *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2024, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Selene, LP, with adequate postage affixed thereto and addressed as follows:

Selene, LP<br>
c/o Corporation Service Company<br>
2 Sun Court, Suite 400<br>
Peachtree Corner, GA, 30092

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*